**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ehorne@bursor.com

*Attorneys for Plaintiff*

**HINSHAW & CULBERTSON LLP**
Vincent M. Rizzo (State Bar No. 342590)
151 N. Franklin, Suite 25000
Chicago, IL 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
E-mail: vrizzo@hinshawlaw.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KEVIN SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MIDWEST TAPE, LLC,

Defendant.

Case No. 3:24-cv-08805-JD

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION**

Judge: Hon. James Donato

Complaint Filed: December 6, 2024
Trial Date: December 14, 2026

**STIPULATION**

Plaintiff Kevin Smith and Defendant Midwest Tape, LLC d/b/a Hoopla, the parties to the above-titled action (collectively, the "Parties"), respectfully stipulate as follows:

WHEREAS, on December 6, 2024, Plaintiff filed his complaint (ECF No. 1);

WHEREAS, the Parties have stipulated multiple times to an extension for Defendant to file a response to Plaintiff's Complaint (ECF Nos. 15-16, 25);

WHEREAS, on March 3, 2025, Defendant filed a Motion to Compel Arbitration (ECF No. 26);

WHEREAS, the current stipulated deadline for Defendant to file a responsive pleading to the complaint (expressly without waiving its right to proceed in arbitration) in the alternative -- only to be ruled upon by the Court if defendant's motion to compel arbitration is denied, is March 10, 2025 (ECF No. 25);

WHEREAS, the deadline for Plaintiff to file a response to Defendant's Motion to Compel Arbitration is March 17, 2025;

WHEREAS, Plaintiff requires more time to prepare a response and evaluate the arguments in Defendant's Motion to Compel Arbitration;

WHEREAS, Plaintiff also intends to file an amended complaint in response to Defendant's motions;

WHEREAS, Defendant intends to potentially file an amended motion to compel arbitration as a result of any amended complaint filed by Plaintiff, as well as a responsive pleading to any amended complaint (expressly without waiving its right to proceed in arbitration) in the alternative -- only to be ruled upon by the Court if defendant's motion to compel arbitration is denied;

WHEREAS, as a result, Defendant requires more time to prepare the responsive pleading and evaluate the amended complaint once it is filed;

WHEREAS, the requested extensions are not presented for purposes of delay and no prejudice will be suffered by any party as a result of the requested extensions;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel and subject to the Court's approval, that:

- The deadline for Defendant to file a responsive pleading is held in abeyance until Plaintiff files the amended complaint, at which time Defendant's deadline to respond will be set by Fed. R. Civ. Pro. 15(a)(3).
- Plaintiff's deadline to file his Opposition to Defendant's Motion to Compel Arbitration is **March 31, 2025**.
- Defendant's deadline to file its Reply in Support of the Motion to Compel Arbitration is **April 14, 2025**.

Dated: March 10, 2025

Respectfully submitted

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ehorne@bursor.com

*Attorneys for Plaintiff*

Dated: March 10, 2025

**HINSHAW & CULBERTSON LLP**

By: */s/ Vincent M. Rizzo*
Vincent M. Rizzo

Vincent M. Rizzo (State Bar No. 342590)
151 N. Franklin, Suite 25000
Chicago, IL 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
E-mail: vrizzo@hinshawlaw.com

*Attorney for Defendant*

**~~[PROPOSED]~~ ORDER**

Upon review of the foregoing stipulation of the parties, and finding good cause for the same, the Court hereby orders the following schedules be amended as follows:

- The deadline for Defendant to file a responsive pleading is held in abeyance until Plaintiff files the amended complaint, at which time Defendant's deadline to respond will be set by Fed. R. Civ. Pro. 15(a)(3).
- Plaintiff's deadline to file his Opposition to Defendant's Motion to Compel Arbitration is **March 31, 2025**.
- Defendant's deadline to file its Reply in Support of the Motion to Compel Arbitration is **April 14, 2025**.

**IT IS SO ORDERED.**

Dated: March 12, 2025

JAMES DONATO
United States District Judge