**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

**HINSHAW & CULBERTSON LLP**
Vincent M. Rizzo (State Bar No. 342590)
Todd P. Stelter (*pro hac vice*)
151 N. Franklin, Suite 25000
Chicago, IL 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
E-mail: vrizzo@hinshawlaw.com
E-mail: tstelter@hinshawlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN SMITH and LYLY TRAN, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

MIDWEST TAPE, LLC d/b/a HOOPLA,

Defendant.

Case No. 3:24-cv-08805-JD

**NOTICE OF MOTION AND JOINT AGREED MOTION AND [PROPOSED] ORDER REQUESTING EXTENSION OF DEADLINE TO COMPLETE MANDATORY PRIVATE MEDIATION SESSION**

Date: October 23, 2025
Time: 10:00 a.m.
Courtroom: 11
Complaint Filed: December 6, 2024
Am. Complaint Filed: March 18, 2025
Trial Date: December 14, 2026

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on October 23, 2025 at 10 a.m., or as soon thereafter as counsel may be heard in Courtroom 11 of the above-captioned Court, located at 450 Golden Gate 4 Avenue, San Francisco, CA 94102, plaintiffs Kevin Smith and Lyly Tran and defendant Midwest Tape, LLC d/b/a Hoopla will and hereby do move this Court for an order extending the deadline to complete mandatory private mediation to November 13, 2025.

The Motion is based on this Notice of Motion and the accompanying Joint Agreed Motion.

Dated: September 12, 2025

HINSHAW & CULBERTSON LLP

By: */s/Todd P. Stelter*
Todd P. Stelter
Attorney for Defendant
MIDWEST TAPE, LLC d/b/a HOOPLA

**JOINT AGREED MOTION**

Plaintiffs Kevin Smith and Lyly Tran and Defendant Midwest Tape, LLC d/b/a Hoopla, the parties to the above-titled action (collectively, the "Parties"), respectfully move as follows:

WHEREAS, on December 6, 2024, Plaintiff Kevin Smith filed his Complaint (ECF No. 1);

WHEREAS, on March 3, 2025, Defendant filed a Motion to Compel Arbitration (as to Plaintiff Kevin Smith's claims) (ECF No. 26);

WHEREAS, on March 4, 2025, the Court entered a Case Management Scheduling Order, which set several deadlines, including an August 18, 2025 deadline for the parties to complete a mandatory private mediation session (ECF No. 27);

WHEREAS, on March 18, 2025, Plaintiff filed a Notice of Additional Parties (ECF No. 32) and a First Amended Complaint (ECF No. 33), which purported to add a new Plaintiff, Lyly Tran, to this case;

WHEREAS, the motion to compel arbitration (as to Plaintiff Kevin Smith's claims) became fully briefed on the docket as of April 7, 2025 (ECF Nos. 35 & 38);

WHEREAS, on June 18, 2025, Defendant filed a second Motion to Compel Arbitration (as to Plaintiff Lyly Tran's claims) (ECF No. 43);

WHEREAS, the motion to compel arbitration (as to Plaintiff Lyly Tran's claims) became fully briefed on the docket as of July 9, 2025 (ECF Nos. 45 & 47);

WHEREAS, the Parties agreed on Hon. James F. Holderman (ret.) of JAMS as a mediator (ECF No. 41) and held a telephone conference with Judge Holderman on July 22, 2025;

WHEREAS, the Parties, as well as Judge Holderman, have noted that this Court's ruling(s) on the pending arbitration motions (ECF Nos. 26 & 43) likely needs to take place before further mediation proceedings may be practical and/or constructive;

WHEREAS, depending on this Court's ruling(s) on the pending arbitration motions (ECF Nos. 26 & 43), mandatory private mediation itself may ultimately be deemed improper in this forum;

WHEREAS, the next available date open on Judge Holderman's schedule that works for both Parties is November 13, 2025;

WHEREAS, the Parties request an extension of the deadline to complete mandatory private mediation to November 13, 2025;

WHEREAS, the requested extension is not presented for purposes of delay, but rather for purposes of furthering efficiency and eliminating waste and expense as to participation in proceedings that may ultimately be deemed improper;

WHEREAS, no prejudice will be suffered by any party as a result of the requested joint agreed order;

NOW THEREFORE, IT IS HEREBY JOINTLY REQUESTED BY AND BETWEEN THE PARTIES BY AGREEMENT, through their respective counsel and subject to the Court's approval, that:

- The deadline to complete mandatory private mediation is extended to November 13, 2025.

Dated: September 12, 2025

Respectfully submitted

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

Dated: September 12, 2025

**HINSHAW & CULBERTSON LLP**

By: */s/ Todd P. Stelter*
Todd P. Stelter

Vincent M. Rizzo (State Bar No. 342590)
Todd P. Stelter (*pro hac vice*)
151 N. Franklin, Suite 25000
Chicago, IL 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
E-mail: vrizzo@hinshawlaw.com
E-mail: tstelter@hinshawlaw.com

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

I, Todd P. Stelter, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: September 12, 2025

By: */s/ Todd P. Stelter*
Todd P. Stelter

**[PROPOSED] ORDER**

Upon review of the foregoing Motion of the Parties, and finding good cause for the same, the Court hereby orders the following:

- The deadline to complete mandatory private mediation is extended to November 13, 2025.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
HON. JAMES DONATO
United States District Judge