Vincent M. Rizzo - #6313833
Todd P. Stelter - *admitted pro hac vice*
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone No.: 312-704-3000
Fax No. 312-704-3001
vrizzo@hinshawlaw.com
tstelter@hinshawlaw.com

Attorneys for Defendant
MIDWEST TAPE, LLC d/b/a HOOPLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH and LYLY TRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MIDWEST TAPE, LLC d/b/a HOOPLA,<br><br>Defendant. | Case No. 3:24-cv-08805-JD<br><br>**DEFENDANT MIDWEST TAPE, LLC D/B/A HOOPLA'S BRIEF PURSUANT TO THIS COURT'S ORDER OF DECEMBER 22, 2025** |

Defendant MIDWEST TAPE, LLC d/b/a HOOPLA, through its attorneys, Vincent M. Rizzo and Todd P. Stelter, for its brief pursuant to this Court's Order of December 22, 2025 (ECF No. 57), states:

Subject to and without waiving its rights to arbitration as stated in its pending motions to compel arbitration, ECF Nos. 26 & 43, Defendant does not oppose the Court's December 22, 2025 Order suggesting transfer to N.D. Ohio.

Dated:  January 2, 2026                    HINSHAW & CULBERTSON LLP

                                          By: */s/Vincent M. Rizzo*
                                              Vincent M. Rizzo
                                              Attorney for Defendant
                                              MIDWEST TAPE, LLC d/b/a HOOPLA

1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 2, 2026, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Vincent M. Rizzo*