Vincent M. Rizzo - #6313833
Todd P. Stelter - *admitted pro hac vice*
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone No.: 312-704-3000
Fax No. 312-704-3001
vrizzo@hinshawlaw.com
tstelter@hinshawlaw.com

Attorneys for Defendant
MIDWEST TAPE, LLC d/b/a HOOPLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN SMITH and LYLY TRAN, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

MIDWEST TAPE, LLC d/b/a HOOPLA,

Defendant.

Case No. 3:24-cv-08805-JD

**DEFENDANT MIDWEST TAPE, LLC D/B/A HOOPLA'S RESPONSE TO PLAINTIFFS' JANUARY 2, 2026 BRIEF**

Defendant MIDWEST TAPE, LLC d/b/a HOOPLA, through its attorneys, Vincent M. Rizzo and Todd P. Stelter, for its response to plaintiffs' January 2, 2026 brief, ECF No. 59, states:

Subject to and without waiving its rights to arbitration as stated in its pending motions to compel arbitration, ECF Nos. 26 & 43, Defendant refers the Court to the opinion in *Mirza v. Shelter Mut. Ins. Co.*, 2023 U.S. Dist. LEXIS 176095, *6-7 (C.D. Cal. 2023), a copy of which is attached hereto as Exhibit A, as responsive to the issues raised in plaintiffs' January 2, 2026 brief. ECF No. 59. *Mirza* establishes that a federal court may enforce a forum selection clause and transfer a case *sua sponte* regardless of whether the defendant sought transfer. *See Mirza* at *6-7 citing *Dudash v. Varnell Struck & Assocs., Inc.*, 2024 U.S. Dist. LEXIS 24872, *11-12 (N.D. Cal. 2014)

("Despite defendant's failure to move to transfer pursuant to this provision, the court can order such a transfer *sua sponte* here.")

Dated: January 14, 2026

HINSHAW & CULBERTSON LLP

By: */s/Todd P. Stelter*
Todd P. Stelter
Attorney for Defendant
MIDWEST TAPE, LLC d/b/a HOOPLA

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Todd P. Stelter*