**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

**HINSHAW & CULBERTSON LLP**
Vincent M. Rizzo (State Bar No. 342590)
Todd P. Stelter (*pro hac vice*)
151 N. Franklin, Suite 25000
Chicago, IL 60606
Telephone: (312) 704-3000
Facsimile:  (312) 704-3001
E-mail: vrizzo@hinshawlaw.com
E-mail: tstelter@hinshawlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH and LYLY TRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MIDWEST TAPE, LLC d/b/a HOOPLA,<br><br>Defendant. | Case No. 3:24-cv-08805-JD<br><br><br>**RE-NOTICE OF HEARING FOR ECF NO. 60 - MOTION AND JOINT AGREED MOTION AND [PROPOSED] ORDER REQUESTING EXTENSION OF DEADLINES FOR FACT DISCOVERY AND EXPERT DISCOVERY**<br><br>Date: March 26, 2026<br>Time: 11:00 a.m.<br>Courtroom: 11<br>Complaint Filed:  December 6, 2024<br>Am. Complaint Filed: March 18, 2025<br>Trial Date:  December 14, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on March 26, 2026 at 11:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 11 of the above-captioned Court, located at 450 Golden Gate 4 Avenue, San Francisco, CA 94102, plaintiffs Kevin Smith and Lyly Tran and defendant Midwest Tape, LLC d/b/a Hoopla will and hereby do move this Court for an order extending the deadlines for fact discovery cut-off, for expert disclosures, for rebuttal expert disclosures, and the expert discovery cut-off for dates to be triggered after the Court's ruling on Defendant's pending motions to compel arbitration (ECF Nos. 26 and 43).

RE-NOTICE OF HEARING FOR ECF NO. 60 - JOINT AGREED MOTION AND [PROPOSED] ORDER REQUESTING EXTENSION OF DEADLINES FOR FACT DISCOVERY AND EXPERT DISCOVERY CASE NO. 3:24-CV-08805-JD

49210\328200927.v1

The Motion is based on this Re-Notice of Motion and the Joint Agreed Motion filed on January 14, 2026 at ECF No. 60.

Dated:  February 19, 2026                    HINSHAW & CULBERTSON LLP

By: */s/Todd P. Stelter*
Todd P. Stelter
Attorney for Defendant
MIDWEST TAPE, LLC d/b/a HOOPLA

49210\328200927.v1